JOSEPH HOSKINS *v.* J. M. WEITH.

MOTION to set aside a verdict and judgment, the latter obtained at Fall Term, 1870, heard by *Tourgee, J.,* at Fall Term, 1872, of GUILFORD Superior Court.

The same facts are involved as in the case of *Powell* v. *Weith,* supra. From the decision of his Honor, disallowing his motion to set aside the judgment, the defendant appealed.

*Dillard, Gilmer & Smith* and *Scott,* for appellant.

*Morehead,* contra.

READE, J. The facts in this case are the same as in *Powell* v. *Weith,* decided at this term, and the principles governing it are the same, and the decision is the same for the same reason.

There is no error.

PER CURIAM.                    Judgment affirmed.